```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 24190
   ROMAN E SABIN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-7671


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 12/22/2007 and was confirmed 06/05/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.00%.

      The case was dismissed after confirmation 10/02/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSECURED         6619.25           .00           .00
AMERICAN GENERAL FINANCE   SECURED VEHIC     4600.00         34.50        638.23
CHASE                      MORTGAGE ARRE      850.00           .00           .00
COOK COUNTY TREASURER      SECURED             15.65           .00         15.65
HSBC AUTO FINANCE          SECURED VEHIC         .00           .00           .00
HSBC AUTO FINANCE          SECURED VEHIC      113.73           .00        113.73
HSR PROPERTY SVC           SECURED           1800.00           .00        240.00
WELLS FARGO HOME MORTGAG   CURRENT MORTG         .00           .00           .00
US CELLULAR                UNSECURED       NOT FILED           .00           .00
AMERICAN GENERAL FINANCE   UNSECURED           31.74           .00           .00
CHASE                      CURRENT MORTG         .00           .00           .00
AMGNL                      UNSECURED       NOT FILED           .00           .00
COOK COUNTY CIRCT CT       UNSECURED       NOT FILED           .00           .00
ASSOCIATED CARDIOVASCULA   UNSECURED       NOT FILED           .00           .00
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED           .00           .00
CAPITAL ONE                UNSECURED          619.93           .00           .00
CITIFINANCIAL              UNSECURED       NOT FILED           .00           .00
PORTFOLIO RECOVERY         UNSECURED         1646.16           .00           .00
CITIFINANCIAL              UNSECURED       NOT FILED           .00           .00
CITIFINANCIAL              UNSECURED       NOT FILED           .00           .00
GEMB/TWEETER               UNSECURED       NOT FILED           .00           .00
GMAC                       UNSECURED         5451.90           .00           .00
PALOS EMERGENCY MED        UNSECURED       NOT FILED           .00           .00
NORTHWESTERN MEDICAL FAC   UNSECURED          420.00           .00           .00
PALOS COMMUNITY HOSPITAL   UNSECURED       NOT FILED           .00           .00
RADIO/CBSD                 UNSECURED       NOT FILED           .00           .00
VILLAGE OF ORLAND PARK     UNSECURED       NOT FILED           .00           .00
ARNOLD SCOTT HARRIS        UNSECURED       NOT FILED           .00           .00
PRONGER SMITH MEDICAL AS   UNSECURED          595.00           .00           .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE   10869.37            .00           .00
FOURSCORE RESOURCE CAPIT   UNSECURED         8701.02           .00           .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY     NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 24190 ROMAN E SABIN
```

```
DEBRA J VORHIES LEVINE    DEBTOR ATTY    3,389.00                      430.96
TOM VAUGHN                TRUSTEE                                      126.93
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   1,600.00

PRIORITY                                              .00
SECURED                                          1,007.61
    INTEREST                                        34.50
UNSECURED                                             .00
ADMINISTRATIVE                                     430.96
TRUSTEE COMPENSATION                               126.93
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                    1,600.00               1,600.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 01/27/09         _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE